

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-25-00234-CR

EX PARTE ALTON GRANVILLE

§ On Appeal from the 371st District Court

§ of Tarrant County (1681920)

§ September 11, 2025

§ Memorandum Opinion by Justice Walker

§ (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order denying relief for a writ of habeas corpus. It is ordered that the trial court's order denying relief for a writ of habeas corpus is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
Justice Brian Walker